

eplaw.com
80 Pine Street, 38th Floor
New York, New York 10005
T. 212.532.1116 F. 212.532.1176

JOHN ELEFTERAKIS*
NICHOLAS ELEFTERAKIS
RAYMOND PANEK

OLIVER R. TOBIAS ♦
JEFFREY B. BROMFELD
GABRIEL P. HARVIS
BAREE N. FETT
STEPHEN B. KAHN
JOHNSON ATKINSON
EILEEN KAPLAN
MARK NEWMAN
WAYNE WATTLEY
GENNARO SAVASTANO

RYAN AMATO
DAVID A. BONILLA
UDEYVEER BRAR
DANIEL BROCCO
SAMANTHA MARIA CHASE
ANDREY DEMIDOV
TAYLOR FRIEDMAN^
MICHAEL GLUCK
CHIARA INGHIRAMI
ANDREW LEVINSON
MELISSA N. MAGILL
JOHN MAGRINO*
EVA MICHAEL
ZACHARY MONTANEZ
GINA NICASIO*
AGGELIKI E. NIKOLAIDIS
JOSEPH PERRY
MARIE LOUISE PRIOLO*
PHILIP A. SCHULTZE
DAVID SULLIVAN
KEYONTE SUTHERLAND
MATT SWANSEN*
JOJU THOMAS
BRIAN VANNELLA*

Of Counsel:
BENJAMIN PINCZEWSKI
DEVON REIFF
EVAN M. La PENNA

* Also Admitted In New Jersey
♦ Also Admitted in Florida
^ Also Admitted in Texas

November 17, 2023

**Via ECF**
Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:** **Paulino v. Rory Coyte, et al.**
       **Docket No.: 1:22-cv-4091-NRB**

Dear Judge Buchwald:

  This office represents Plaintiff, Carlos Paulino, in the above-referenced matter. I submit this supplemental letter in accordance with the Court's directive of November 8, 2023.

  Enclosed herewith is a medical report from Mr. Paulino's treating physician, Dr. Dante M. Leven, dated September 27, 2023.[1] As indicated in the record, Mr. Paulino was instructed by Dr. Leven to continue physical therapy at a rate of three times per week and to undergo a ct scan of the cervical spine due to recurring axial neck pain status post posterior cervical fusion. The purpose of the physical therapy is to assist Mr. Paulino improve his activities of daily living.

  The record further indicates that Mr. Paulino is to return to Dr. Leven's office in six weeks to assess the progress of his physical therapy and to undergo lumbar spine x-rays. The purpose of the lumbar spine x-ray is to examine the integrity of the hardware in Mr. Paulino's lubmar spine.

  As of this writing, additional surgery has not been recommended and, therefore, Mr. Paulino is not presently contemplating additional surgery.

---

[1] We believe that this record satisfies the Court's directive; however, should the Court require support from Plaintiff's treating physician, same will be provided.

      However, this does not foreclose the possibility of further surgery in the future, and this office will gladly produce Mr. Paulino for further deposition in the event that he does undergo a further surgery at some point after his initial deposition.

      Thank you for your time and attention to this matter.

      Respectfully submitted,

      /s/Michael Gluck
      By: Michael Gluck

Enc.