Elias Abilheira *
-----------------
* Admitted in NY & NJ

www.anlegal.net

# Abilheira & Associates, P.C.

March 6, 2025

Honorable Naomi Reice Buchwald, U.S.D.J.
United States District Court, Southern District
500 Pearl Street
New York, New York 10007-1312

    Re:    Carlos Paulino vs. Rory Coyte and CSX Transportation, Inc.
             Case No.: 1:22-cv-4091-NRB-JEW
             Our File No.:  CSX-0198-DN

Dear Judge Buchwald:

This office represents the defendants with respect to the above-captioned matter. In accordance with the Court's instructions of February 6, 2025, the parties jointly submit the proposed Schedule for the completion of all discovery:

1) Responses to all outstanding written discovery demands to be served by March 31, 2025.

2) Defendants to notice the defense medical examination(s) of Plaintiff by April 15, 2025.

3) All non-party and party fact witnesses' depositions to be completed by April 15, 2025.

4) Plaintiff's expert disclosure to be provided by May 30, 2025.

5) Defendants to conduct the defense medical examination(s) of Plaintiff by May 30, 2025.

6) Defendants' expert disclosure to be provided by June 30, 2025.

March 6, 2025

Page -2-

      7) Expert depositions and discovery to be completed by July 31, 2025.

      The parties have reviewed and agreed to the dates set forth herein but request that the Court set a Status Conference in late April to address any outstanding discovery issues.

                                       Respectfully submitted,

                                       *Elias Abilheira*
                                     ELIAS ABILHEIRA
                                     Counsel for Defendants
                                         Coyte and CSX Transportation, Inc.

EA:mb

cc:    David Bonilla, Esq. / Elefterakis, Elefterakis & Panek
        ***Via ECF***